UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STANTON Q. SHELTON,               )
                                  )
            Petitioner,            )
                                  )
      v.                           )        No. 4:14CV1617 SNLJ
                                  )
GERARD A. NESTER,                 )
                                  )
            Respondent,            )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has been adjudicated incompetent in state court proceedings, and he is challenging the appointment of a guardian over his person. Petitioner currently has pending before the Court a previous challenge to the guardianship, Shelton v. Nester, 4:13CV1050 SNLJ-NAB. The subject matter of the instant petition is duplicative of the previous case. As a result, the Court will dismiss the instant petition without prejudice. Additionally, the Court will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 23rd day of October, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN N. LIMBAUGH, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE